TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00509-CV

In re North Texas Higher Education Authority, Inc. and Panhandle Plains Higher
Education Authority, Inc., Relators

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

WRIT OF INJUNCTION

The State of Texas, County of Travis

TO: Texas Bond Review Board, George W. Bush, Rick Perry, Carol Keeton Rylander, James
E. "Pete" Laney, Board Members, Jim Buie, Executive Director, Murray Watson, Jr., Pecos
Higher Education Authority, Inc., and Brazos Higher Education Authority

 Whereas, relators North Texas Higher Education Authority, Inc., and Panhandle
Plains Higher Education Authority, Inc. have filed a request for injunctive relief in the Third
Court of Appeals with respect to cause number 03-00-00139-CV pending in this Court, filed
March 3, 2000, being an appeal from the temporary injunction issued in Travis County District
Court cause GN-00135 on February 15, 2000; whereas relators allege that an injunction is
necessary to protect this Court's jurisdiction in that appeal; and whereas, the Justices for the Court
of Appeals, upon presentation of this request for injunctive relief, made an order thereon that is
attached hereto.

 THEREFORE, you Texas Bond Review Board, George W. Bush, Rick Perry,
Carol Keeton Rylander, James E. "Pete" Laney, Board Members, Jim Buie, Executive Director,
Murray Watson, Jr., Pecos Higher Education Authority, Inc., and Brazos Higher Education
Authority are hereby temporarily enjoined and restrained from proceeding with the issuance of
the bond reservation, release of those funds, or any other actions as described in the trial court's
temporary injunction order of February 15, 2000, this Court's order of March 6, 2000, or this
Court's order of this date.

 ISSUED under my hand and seal August 10, 2000.

 
 

 Diane O'Neal, Clerk, Court of Appeals,

 Third District of Texas, at Austin